IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01175-BNB

MIGUEL ROBLES-MARTINEZ,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

    Applicant, Miguel Robles-Martinez, currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. On April 25, 2014, Applicant submitted *pro se* a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1). Applicant paid the $5.00 filing fee.

    Magistrate Judge Boyd N. Boland reviewed the habeas corpus petition, and determined that it was deficient. On April 29, 2014, Magistrate Judge Boland entered an order directing Applicant to cure certain enumerated deficiencies in the action within thirty days. Judge Boland directed Applicant to submit a signed application that named as Respondent his current warden, superintendent, jailer, or other custodian. Judge Boland also directed Applicant to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved form for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

    Applicant has failed within the time allowed to submit a signed Application for

Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the proper, Court-approved form that names the proper Respondent. Accordingly, Applicant has failed to cure all of the deficiencies in this case, or otherwise communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for Applicant's failure to cure the designated deficiencies within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1) is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Miguel Robles-Martinez, to cure the deficiencies designated in the order to cure of April 29, 2014, within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED June 5, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              Senior Judge, United States District Court